Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA



**FILED**

MAY 0 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

LEO WELTMAN, on behalf of
himself, and on behalf of all persons
similarly situated

vs

ORTHO MATTRESS, INC.; and
Does 1 to 10

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0840 JM WMc**

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal, BLUMENTHAL & NORDREHAUG, 2255 Calle Clara, La Jolla, California,
92037, Tel: (858) 551-1223, Fax: (858) 551-1232, E-mail: norm@bamlawlj.com

   An answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

MAY 0 8 2008

_____
W. Samuel Hamrick, Jr.

K. HAMMERLY     CLERK

_____
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)