**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
   Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>ORTHO MATTRESS, INC.; and Does 1 to 10,<br><br>            Defendants. | Case No.:  08 cv 0840  JM (WMc)<br><br>**NOTICE OF CONSENT FILING**<br><br>Judge:      Hon. Jeffrey T. Miller<br><br>Courtroom:  16 (5th Floor) |

   PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Form on behalf of himself.

1
**NOTICE OF CONSENT FILING**

**08 cv 0840 JM (WMc)**

| | |
|---|---|
| Dated: June 11, 2008 | BLUMENTHAL & NORDREHAUG |
| | By: s/Norman B. Blumenthal |
| | Norman B. Blumenthal |
| | Attorneys for Plaintiff |
| | |
| | UNITED EMPLOYEES LAW GROUP |
| | Walter Haines, Esq. |
| | 65 Pine Ave, #312 |
| | Long Beach, CA 90802 |
| | Telephone: (562) 256-1047 |
| | Facsimile: (562) 256-1006 |

G:\D\NBB\Weltman v. Ortho\p-notice-opt in.wpd