# CONSENT FORM AND DECLARATION

I hereby consent to joint the lawsuit against Ortho Mattress, Inc. ("Ortho") as a Plaintiff to assert claims against it for violation of the wage and hour laws of the United States and/or the states where I worked for Ortho. During the past three years, there were occasions when I worked over 40 hours per week for Ortho and did not receive overtime compensation.

I worked for Ortho as a:

(Please specify job title: __SALES ASSOCIATE__ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Leo Weltman_  6/10/08
Signature                Date

__LEONARD (LEO) WELTMAN__
Print Name

__13639 SYLVAN ST.__
Street Address

__VALLEY GLEN, CA. 91401__
City, State, Zip Code

__818/901-0689__  (VARIES ON WHAT STORE I AM IN)
Home Telephone No.   Work Telephone No.

__818/786-7372__   __818/648-2215__
Facsimile No.        Mobile Number

__THEWELT@AOL.COM__
E-Mail Address

Fax or Mail To:   Aparajit Bhowmik
                 **BLUMENTHAL & NORDREHAUG**
                 **2255 Calle Clara**
                 **La Jolla, California 92037**
                 **Facsimile: (858) 551-1232**

G:\D\NBB\Weltman v. Ortho\p-consent and declaration.wpd