**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  norm@bamlawlj.com
  Kyle R. Nordrehaug (State Bar #205975)
  kyle@bamlawlj.com
  Aparajit Bhowmik (State Bar #248066)
  aj@bamlawlj.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (State Bar #71075)
 walter@whaines.com
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHO MATTRESS, INC.; and Does 1 to 10,<br><br>Defendants. | **Case No.: 08 cv 0840 JM (WMc)**<br><br>**PROOF OF SERVICE**<br><br>Judge:      Hon. Jeffrey T. Miller<br><br>Courtroom:  16 (5th Floor) |

1
**PROOF OF SERVICE**
**08 CV 0840 JM (WMc)**

# CERTIFICATE OF SERVICE

I, am, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, CA 92037. I hereby certify that the following document(s) have been served in the manner set forth below.

**(1) NOTICE OF CONSENT FILING**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

Tracy Baughman
**Baughman Firm**
612 North Sepulveda Boulevard
2nd Floor
Los Angeles, CA 90049
(310)472-6999
Fax: (310)496-0514
Email: tracy@baughmanfirm.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 11, 2008 at San Diego, California.

By:  s/Norman B. Blumenthal
Norman B. Blumenthal

2
**PROOF OF SERVICE**

08 CV 0840 JM (WMc)