**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHO MATTRESS, INC.; and Does 1 to 10,<br><br>Defendants. | Case No.:  08 cv 0840  JM (WMc)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF LEO WELTMAN**<br><br>Judge:      Hon. Jeffrey T. Miller<br>Courtroom:  16 (5th Floor) |

1

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF LEO WELTMAN
**08 cv 0840 JM (WMc)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     PLEASE TAKE NOTICE that attorney Kyle R. Nordrehaug with the law firm of Blumenthal & Nordrehaug hereby enters an appearance as counsel of record on behalf of Plaintiff Leo Weltman. The contact information for Kyle Nordrehaug is as follows:

> Kyle R. Nordrehaug (State Bar No. 205975)
> Blumenthal & Nordrehaug
> 2255 Calle Clara
> La Jolla, CA 92037
> Tel: (858) 551-1223
> Fax: (858) 551-1232
> E-mail: kyle@bamlawlj.com

Dated: June 17, 2008                        BLUMENTHAL & NORDREHAUG

                                                   By: _____*s/Kyle Nordrehaug*_____
                                                         Kyle R. Nordrehaug, Esq.
                                                         Attorneys for Plaintiff

                                                     UNITED EMPLOYEES LAW GROUP
                                                     Walter Haines, Esq.
                                                     65 Pine Ave, #312
                                                     Long Beach, CA 90802
                                                     Telephone: (562) 256-1047
                                                     Facsimile: (562) 256-1006