1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BLUMENTHAL & NORDREHAUG**
Norman B. Blumenthal (State Bar #68687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

**BAUGHMAN FIRM**
  Tracy Baughman (State Bar #239432)
612 North Sepulveda Boulevard, 2nd Floor
Los Angeles, CA 90049
Telephone: (310)472-6999
Facsimile: (310)496-0514

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>ORTHO MATTRESS, INC.; and Does 1 to 10,<br><br>              Defendants. | Case No.:  08 cv 0840  JM (WMc)<br><br>**JOINT MOTION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Judge:      Hon. Jeffrey T. Miller<br><br>Courtroom:  16 (5th Floor) |

1

1     **WHEREAS**, Plaintiff Leo Weltman ("Plaintiff") filed suit against Ortho Mattress,

2 Inc. on May 7, 2008;

3     **WHEREAS**, Plaintiff sent notice of Labor Code violations pursuant to the Private Attorney

4 General Act of 2004, Labor Code Section 2699 ("PAGA"), to the Labor and Workforce

5 Development Agency (the "LWDA") on May 7, 2008;

6     **WHEREAS**, on July 9, 2008, the LWDA informed Plaintiff that the Agency does not intend

7 to investigate the PAGA allegations;

8     **WHEREAS**, the parties have agreed that Plaintiff may file the proposed First Amended

9 Complaint, attached hereto as Exhibit #1, which adds the PAGA allegations as a seventh (7th) cause

10 of action and refines Plaintiff's class definition;

11     **WHEREAS**, Cal. Labor Code § 2699.3(a)(2)(C) provides that an amendment to add this

12 PAGA civil penalty claim is permitted "as a matter of right;"

13     **NOW, THEREFORE,** Plaintiff and Defendant, good cause appearing, through their

14 respective counsel of record, stipulate and jointly move for leave for Plaintiff to file the First

15 Amended Complaint, attached hereto as Exhibit #1, as the operative Complaint, to which Defendant

16 shall have thirty (30) days to answer after filing.

17

18 Dated: August 27, 2008           BLUMENTHAL & NORDREHAUG

19                           By:   s/Norman B. Blumenthal

20                                Norman B. Blumenthal
                          Attorneys for Plaintiff

21

22 Dated: August 27, 2008           BAUGHMAN FIRM

23                           By:   s/Tracy Baughman

24                                Tracy Baughman
                          Attorneys for Ortho Mattress, Inc.

G:\D\NBB\Weltman v. Ortho\Amend\j-motion-FAC.wpd

25

26

27

28

**JOINT MOTION FOR LEAVE FOR PL TO FILE FAC**

**08 cv 0840 JM (WMc)**