# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHO MATTRESS, INC.; and Does 1 to 10,<br><br>Defendants. | Case No.: 08 cv 0840 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Jeffrey T. Miller<br><br>Courtroom:   16 (5th Floor) |

    The Court has reviewed the Parties' Joint Motion for Leave for Plaintiff to File a First Amended Complaint.

    Good cause appearing therefore, it is hereby ordered that the Joint Motion is granted, Plaintiff shall have leave to file the First Amended Complaint ("FAC"), and Ortho shall have thirty (30) days after the FAC is filed to file a responsive pleading.

DATED: August 29, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

08cv0840 JM (WMc)