1 **BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
2  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
3 2255 Calle Clara
La Jolla, CA 92037
4 Telephone: (858)551-1223
Facsimile: (858) 551-1232
5
**UNITED EMPLOYEES LAW GROUP**
6   Walter Haines (State Bar #71705)
65 Pine Ave, #312
7 Long Beach, CA 90802
Telephone: (562) 256-1047
8 Facsimile: (562) 256-1006

9 Attorneys for Plaintiff

10

11
**UNITED STATES DISTRICT COURT**
12
**SOUTHERN DISTRICT OF CALIFORNIA**
13

14

| | |
|---|---|
| 15 LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br>16<br>17<br>18            Plaintiffs,<br>19 vs.<br>20 ORTHO MATTRESS, INC.; and Does 1 to 10,<br>21<br>22            Defendants. | Case No.: 08 cv 0840 JM (WMc)<br><br>**PROOF OF SERVICE**<br><br>Judge:      Hon. Jeffrey T. Miller<br>Courtroom:  16 (5th Floor) |

23

24

25

26

27

28
1
PROOF OF SERVICE

**08 cv 0840 JM (WMc)**

# CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On June 16, 2008, I served the document(s) described as below in the manner set forth below:

(1) **FIRST AMENDED COMPLAINT**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 2, 2008 at San Diego, California.

By: _s/Norman B. Blumenthal_
Norman B. Blumenthal