**BLUMENTHAL & NORDREHAUG**
   Norman B. Blumenthal (State Bar #068687)
   Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
   Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>ORTHO MATTRESS, INC.; and Does 1 to 10,<br><br>              Defendants. | Case No.:  08 cv 0840  JM (WMc)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF LEO WELTMAN**<br><br>Judge:       Hon. Jeffrey T. Miller<br>Courtroom:  16 (5th Floor) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  PLEASE TAKE NOTICE that attorney Aparajit Bhowmik with the law firm of Blumenthal & Nordrehaug hereby enters an appearance as counsel of record on behalf of Plaintiff Leo Weltman.  The contact information for Aparajit Bhowmik is as follows:

  Aparajit Bhowmik (State Bar No. 248066)
  Blumenthal & Nordrehaug
  2255 Calle Clara
  La Jolla, CA 92037
  Tel: (858) 551-1223
  Fax: (858) 551-1232
  E-mail: aj@bamlawlj.com

Dated: September 2, 2008    BLUMENTHAL & NORDREHAUG

           By: *s/Aparajit Bhowmik*
             Aparajit Bhowmik, Esq.
             Attorneys for Plaintiff

           UNITED EMPLOYEES LAW GROUP
           Walter Haines, Esq.
           65 Pine Ave, #312
           Long Beach, CA 90802
           Telephone: (562) 256-1047
           Facsimile: (562) 256-1006

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On September 2, 2008, I served the document(s) described as below in the manner set forth below:

(1) **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF LEO WELTMAN**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 2, 2008 at San Diego, California.

By: _s/Aparajit Bhowmik_
Aparajit Bhowmik