UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHO MATTRESS, INC.; and Does 1 to 10,<br><br>Defendants. | Case No.:  08 cv 0840  JM (WMc)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Judge: Hon. Jeffrey T. Miller<br><br>Courtroom: 16, 5th Floor |

1   The Court has reviewed the Parties' Joint Motion for Class Certification Briefing
2   Schedule, and good cause appearing, therefore, it is hereby ordered that the Joint Motion is
3   granted and, as a result:
4   •   Plaintiff's Motion for Class Certification is to be filed by June 26, 2009;
5   •   Defendant's Opposition is to be filed by July 24, 2009;
6   •   Plaintiff's Reply to Defendant's Opposition is to be filed by August 7, 2009; and,
7   •   The hearing on Plaintiff's Motion for Class Certification will be held before the
8       Honorable Jeffrey T. Miller, Judge of the United States District Court, on
9       *August 14, 2009 at 1:30 p.m.* in Courtroom 16.

DATED: March 9, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge