# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN,<br><br>    Plaintiff,<br>vs.<br><br>ORTHO MATTRESS, INC.,<br><br>    Defendant. | CASE NO. 08CV0840 JM(WMc)<br><br>ORDER DENYING MOTION TO CONSOLIDATE WITHOUT PREJUDICE |

Plaintiff, on behalf of himself and all persons similarly situated, moves to consolidate the above identified action with a related action, <u>Thomas v. Ortho Mattress, Inc.</u>, Case No. 09cv0975 JM(WMc). The only Defendant in both actions, Ortho Mattress Inc., does not oppose the motion to consolidate but requests a 90 day extension of time to complete discovery. The court denies the motion to consolidate without prejudice because <u>Thomas</u> seeks to represent a class of employees including both Salespersons and Store Managers whereas <u>Weltman</u> seeks to represent a class consisting of Salespersons only. As the two actions seek to represent two different classes, the motion is denied without prejudice. Plaintiffs may renew the motion to consolidate following a hearing on class certification.

**IT IS SO ORDERED.**

DATED: August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties