# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WELTMAN,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>ORTHO MATTRESS,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08cv0840 JM(WMc)<br><br>ORDER GRANTING EX PARTE APPLICATION TO FILE SUR-REPLY |

　　　For good cause shown, the court grants Defendant's opposed <u>ex parte</u> application to file a sur-reply. Defendant shall file and serve its sur-reply, not to exceed seven pages, by August 26, 2009.

**IT IS SO ORDERED.**

DATED: August 14, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties