1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**SOUTHERN DISTRICT OF CALIFORNIA**

11
12

LEO WELTMAN, on behalf of himself,
and on behalf of all persons similarly
situated,

13

Plaintiffs,

14
15

vs.

16

ORTHO MATTRESS, INC.,

17

Defendants.

18

Case No.:  08 cv 0840  JM (WMc)

ORDER GRANTING PLAINTIFF'S
AMENDED *EX PARTE* APPLICATION
TO FILE A RESPONSE TO
DEFENDANT'S SUR-REPLY

19
20
21

For good cause shown, the court grants Plaintiff's un-opposed ex parte application
[Doc. No. 54] to file a response to Defendant's sur-reply.  Plaintiff shall file and serve his
sur-reply, not to exceed five pages, by September 1, 2009.

22

**IT IS SO ORDERED.**

23

DATED:  August 28, 2009

24
25

Hon. Jeffrey T. Miller
United States District Judge

26

cc.          All parties

27
28